IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

SALLY A. WARD                                                                   PLAINTIFF

vs.                                   Civil No. 3:25-cv-03083

FRANK BISIGNANO,                                                         DEFENDANT
Commissioner, Social Security Administration

**JUDGMENT**

Comes now the Court on this the 5th day of June 2026, in accordance with the Memorandum

Opinion entered in the above-styled case on today's date, and hereby considers, orders, and

adjudicates that the decision of the Commissioner of the Social Security Administration is

**AFFIRMED,** and Plaintiff's Complaint is hereby dismissed with prejudice.

**IT IS SO ORDERED.**


/s/ *Spencer G. Singleton*
HONORABLE. SPENCER G. SINGLETON
UNITED STATES MAGISTRATE JUDGE